UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                              :
COACH, INC. and COACH SERVICES, INC.,         :
                                              :
                        Plaintiffs,           :   Civil Action No. 1:12-cv-01135
                                              :
v.                                            :   Hon. Janet T. Neff
                                              :
THE PURSE RACK LLC;                           :
LANA J. FACE;                                 :
and                                           :
Unknown Defendants 1-10 (JOHN DOES),          :
                                              :
                        Defendant(s).         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

## STIPULATION AND ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by the parties hereto, by and through their undersigned counsel, that this case be dismissed with prejudice and without costs or attorney's fees to any party.

Respectfully submitted,

/s/ *Kristina M. Araya*  
  Joe Sadler (P71829)  
  Kristina M. Araya (P74507)  
  WARNER NORCROSS & JUDD LLP  
  900 Fifth Third Center  
  111 Lyon Street, N.W.  
  Grand Rapids, MI  49503-2487  
  616-752-2271  
  jsadler@wnj.com  
  karaya@wnj.com  
  *Attorneys for Plaintiffs*

/s/ *James A. Mitchell (with consent)*  
  James A. Mitchell (P17832)  
  Mitchell Intellectual Property Law, PLLC  
  Watermark Center  
  1595 Galbraith Ave., SE  
  Grand Rapids, MI 49546  
  616-965-2431  
  jamitchell@mitchelliplaw.com  
  *Attorney for Defendants*

## **ORDER OF DISMISSAL WITH PREJUDICE**

This matter having come before this Court upon Stipulation of the parties and this Court being otherwise fully apprised in the matter,

**IT IS ORDERED** that this matter is DISMISSED WITH PREJUDICE and without costs or attorney's fees to any party.

IT IS SO ORDERED.

DATED:_____, 2014

                                                                                                                _____

Honorable Janet T. Neff
UNITED  STATES  DISTRICT  COURT
JUDGE