# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| COACH, INC. and COACH SERVICES, INC., | :<br>:<br>: |
| Plaintiffs, | : Civil Action No. 1:12-cv-01135<br>: |
| v. | : Hon. Janet T. Neff<br>: |
| THE PURSE RACK LLC;<br>LANA J. FACE;<br>and<br>Unknown Defendants 1-10 (JOHN DOES), | :<br>:<br>:<br>:<br>: |
| Defendant(s). | : |

## STIPULATION AND ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by the parties hereto, by and through their undersigned counsel, that this case be dismissed with prejudice and without costs or attorney's fees to any party.

Respectfully submitted,

/s/ *Kristina M. Araya*
 Joe Sadler (P71829)
 Kristina M. Araya (P74507)
 WARNER NORCROSS & JUDD LLP
 900 Fifth Third Center
 111 Lyon Street, N.W.
 Grand Rapids, MI 49503-2487
 616-752-2271
 jsadler@wnj.com
 karaya@wnj.com
 *Attorneys for Plaintiffs*

/s/ *James A. Mitchell (with consent)*
 James A. Mitchell (P17832)
 Mitchell Intellectual Property Law, PLLC
 Watermark Center
 1595 Galbraith Ave., SE
 Grand Rapids, MI 49546
 616-965-2431
 jamitchell@mitchelliplaw.com
 *Attorney for Defendants*

## **ORDER OF DISMISSAL WITH PREJUDICE**

This matter having come before this Court upon Stipulation of the parties and this Court being otherwise fully apprised in the matter,

**IT IS ORDERED** that this matter is DISMISSED WITH PREJUDICE and without costs or attorney's fees to any party.

IT IS SO ORDERED.

DATED:  February 18 , 2014

                                                   /s/ Janet T. Neff
                                              Honorable Janet T. Neff
                                              UNITED STATES DISTRICT COURT JUDGE